**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                          CASE NO.:  6:09-bk-13138-ABB
**David M Doyno**
**Cherie A Doyno**
                                                                       **CHAPTER 13**
    **Debtor(s).**
_____/

**ORDER GRANTING VERIFIED MOTION TO VALUE COLLATERAL TO STRIP SECOND MORTGAGE of JP Morgan Chase Bank (CLAIM No.: 2) Docket No. 29**

**THIS CAUSE** came on for consideration of the Verified Motion to Value Collateral to Strip Second Mortgage of JP Morgan Chase Bank (Claim No.; 2) filed by the Debtors' in the above captioned case.  After reviewing the pleadings and considering the position of interested parties, it is

**ORDERED, ADJUDGED and DECREED** that:

1. The Verified Motion to Value Collateral to Strip Second Mortgage of JP Morgan Chase Bank (Claim No.: 2) is GRANTED.

1. Creditor, JP Morgan Chase Bank, has a second mortgage lien on the debtors' homestead located at 9114 Pristine Circle, Orlando, FL 32818, more particularly described as:

    LEGAL DESCRIPTION:    Lot 46, Rose Hill Phase III, according to the plat thereof in Plat Book 18, Page 97, Public Records of Orange County, Florida

    Parcel No.:    21-22-28-7669-00-460

2. Claim Number 2 filed by JP Morgan Chase Bank shall be treated as an unsecured claim in this Chapter 13 case.

3. Upon entry of a discharge, the Lien is avoided and extinguished automatically without further order; provided, however, if the debtors fail to make all required payments and no discharge is entered, the Lien shall survive and remain fully enforceable.

**DONE and ORDERED** at Orlando, Florida on March 19, 2010.

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

cc:
**Debtor(s),** David M Doyno and Cherie A Doyno, 9114 Pristine Circle, Orlando, FL 32818
**Attorney for Debtor,** Joel L. Gross, 655 West Highway 50, Suite 101 Clermont, Florida 34711
**Chapter 13 Trustee**, Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790
**Creditor**, JP Morgan Chase Bank, Bankruptcy Department, ATTN: Officer, Managing or General Agent or William Brown, PO Box 24785, Columbus, Ohio, 43224