UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                              Case No.: 6:09-bk-13138-ABB
        David M Doyno
        Cherie A Doyno                              Chapter 13

        Debtors
_____/

MOTION TO MODIFY ORDER CONFIRMING
CHAPTER 13 PLAN

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

PURSUANT TO LOCAL RULE 2002-04, THE COURT WILL CONSIDER THIS MOTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 135 W. CENTRAL BLVD., SUITE 950, ORLANDO, FL 32801 AND SERVE A COPY ON THE MOVANTS' ATTORNEY, JOEL L. GROSS, ESQ. 655 WEST HIGHWAY 50, SUITE 101, CLERMONT, FLORIDA 34711.

IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUIRED IN THE PAPER AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING AND MAY GRANT THE RELIEF REQUESTED.

COMES NOW the Debtors, David M Doyno and Cherie A Doyno, by and through their undersigned attorney, and files this Motion to Modify Order Confirming Chapter 13 Plan, and in support of thereof states the following:

1. This Order Confirming Chapter 13 Plan was entered in this case on March 25, 2010.

2. The Debtors are surrendering the 2007 Nissan Altima VIN #1N4AL21E27C162406.

3. The plan will be modified according to the payments and disbursements on Exhibit "A" attached hereto.

4. No creditors will be prejudiced by this modification.

5. By this Motion, the undersigned counsel for the Debtors seeks attorney's fees for the modification work in the amount of Six Hundred and Fifty ($650.00) Dollars, which shall be paid through the Debtors' modified plan.

6. The Debtors' general unsecured creditors are receiving no less under this proposal than they were to receive under the Confirmed Plan.  Per Laurie Weatherford's website the percentage of distribution received by the unsecured claim holders is 5%.

7. The Debtors propose that all of the terms and conditions of the Order Confirming Chapter 13 Plan shall remain the same.

**WHEREFORE**, the Debtors respectfully request this Honorable Court grant this Motion to Modify Order Confirming Chapter 13 Plan, and pray the court will:

a. Grant this motion and enter an Order modifying the Order Confirming Chapter 13 Plan as proposed herein;

b. Grant such other and further relief as the Court deems appropriate.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the forgoing MOTION TO MODIFY ORDER CONFIRMING CHAPTER 13 PLAN has been served electronically, and when appropriate by regular United States Mail, to the all creditors listed on the Clerk's mailing list dated this 20th day of September, 2011.

<u>/s/ JOEL L. GROSS, ESQ.</u>
FBN 419796
The Law Office of Joel L. Gross, P.A.
655 West Highway 50, Suite 101
Clermont, Florida 34711
(352) 536-6288 Phone
(352) 536-2452 Fax
jlgpa@cfl.rr.com