**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                                                  Case No.: 6:09-bk-13138-ABB
**David M Doyno**
**Cherie A Doyno**                                             Chapter 13

**Debtors**
_____/

**MOTION TO MODIFY ORDER CONFIRMED PLAN**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

PURSUANT TO LOCAL RULE 2002-04, THE COURT WILL CONSIDER THIS MOTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 135 W. CENTRAL BLVD., SUITE 950, ORLANDO, FL 32801 AND SERVE A COPY ON THE MOVANTS' ATTORNEY, JOEL L. GROSS, ESQ. 655 WEST HIGHWAY 50, SUITE 101, CLERMONT, FLORIDA 34711.

IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUIRED IN THE PAPER AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING AND MAY GRANT THE RELIEF REQUESTED.

COMES NOW the Debtors, David M Doyno and Cherie A Doyno, by and through the undersigned attorney, and files this Motion to Modify their Chapter 13 Plan, and shows:

1. This Order Confirming Chapter 13 Plan was entered in this case on March 25, 2010.
2. Debtors have filed a Motion for Referral to Mortgage Modification Mediation (Doc. No. 64).
3. A Motion for Mortgage Modification Mediation Order has been granted (Doc. No. 65).
4. A spreadsheet is attached as Exhibit A to include additional legal fees of $500.00 for mortgage modification mediation.

2

**WHEREFORE**, the Debtors respectfully requests this Honorable Court that their case be modified pursuant to the spreadsheet and their attorney be granted additional legal fees of $500.00 for mortgage modification mediation.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION TO MODIFY CONFIRMED PLAN has been served by electronic transmission and when appropriate by regular United States Mail, to: Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790-3450; and to the Creditors listed on the Clerk's mailing list dated this 25th day of October, 2011.

/s/ JOEL L. GROSS, ESQ.
FBN 419796
The Law Office of Joel L. Gross, P.A.
655 West Highway 50, Suite 101
Clermont, Florida 34711
(352) 536-6288 Phone
(352) 536-2452 Fax
jlgpa@cfl.rr.com